IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NEDRA RIDELLA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Civil Action No. 3:19-cv-147 ) Judge Stephanie L. Haines |
| MERIT DENTAL., | ) ) |
| Defendant. | ) ) ) |

## ORDER OF COURT

AND NOW, this 15th day of April, 2020, the Court having been advised that this case has resolved at mediation (ECF 21) and with no further action being required by the Court at this time, the following order is entered:

IT IS ORDERED that the Clerk shall remove this case from the docket for administrative purposes. Nothing contained in this order shall be construed as a final dismissal or disposition of this case and, should further proceedings in it become necessary, the case shall be reinstated to the docket upon written request of either party. Jurisdiction is retained over the completion and enforcement of settlement. The parties are directed to file a stipulation for settlement and discontinuance pursuant to Fed. R. Civ. P. 41 upon final resolution of this matter.
.

s/ *Stephanie L. Haines*
Stephanie L. Haines
United States District Judge

cc/ecf: All counsel of record